# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138259(41)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LENERO ANTHONY THOMAS,
      Defendant-Appellant.

SC: 138259
COA: 280728
Kent CC: 06-010405-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's May 27, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921